UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| KENNETH H. LAVALAIS | CIVIL ACTION NO. 04-1806-A |
|---|---|
| -vs- | JUDGE DRELL |
| LYNN COOPER, et al. | MAGISTRATE JUDGE KIRK |

J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, and after a review of the entire record, concurring with the Magistrate Judge's findings under the applicable law, and noting the absence of objections to the Report and Recommendation,

IT IS ORDERED that Defendant David Socia's Motion to Dismiss (Doc. 13) is DENIED. The parties are instructed to review and follow the Memorandum Order of April 27, 2005 (Doc. 10) and file, if appropriate, motions for summary judgment and supporting evidence or by filing Statements of Issues for trial.

SIGNED on this 22nd day of November, 2005, at Alexandria, Louisiana.

Dee D. Drell
United States District Judge