U. S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

AUG 0 2 2006

ROBERT H. SHEMWELL, CLERK
BY _____
DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| KENNETH H. LAVALAIS,<br>          Plaintiff | CIVIL ACTION<br>SECTION "P"<br>NO. CV04-1806-A |
| VERSUS | |
| LYNN COOPER, et al.,<br>          Defendants | JUDGE DEE D. DRELL<br>MAGISTRATE JUDGE JAMES D. KIRK |

## J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that Lavalais' complaint against Warden Lynn Cooper is DISMISSED WITH PREJUDICE on motion of Lavalais and for failure to effect service of process.

IT IS FURTHER ORDERED that Lavalais' complaint against Ms. Wooder, Dr. Pacho and Kathy Gremillion is DISMISSED WITHOUT PREJUDICE for failure to effect service of process.

IT IS FURTHER ORDERED that David Socia's motion for summary judgment IS GRANTED and that Lavalais' complaint against David Socia IS DISMISSED WITH PREJUDICE.

THUS ORDERED AND SIGNED in Chambers at *Alexandria*, Louisiana, on this 2*ND* day of *August*, 2006.


DEE D. DRELL
UNITED STATES DISTRICT JUDGE